MICHAEL REDDIG, ATTY.
P.O. BOX 22143
FLAGSTAFF, AZ 86002
(928) 774-9544
*MICHAEL REDDIG #011678*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: )
PATRICIA DIANE McSHANE, ) Case No. 3:17-bk-01903
 )
    Debtor. ) **AMENDMENT TO SCHEDULE F**
_____)

    Debtor hereby amends her petition at Schedule F to include the following Creditor(s):

    SpeedConnect, LLC            $ 119.80
    455 N. Main Street
    Frankenmuth, MI 48734

    Debtor hereby certifies that the addition of the above creditor has been made to the Court's ECF system.

    DATED this 18th day of July, 2017.

                              By____*/s/ Michael Reddig /s/*_____
                              Michael Reddig, Attorney for Debtor(s)

### CERTIFICATE OF MAILING

I have this 18th day of *July, 2017*, mailed copy of this Amendment to Debtor, Lawrence J. Warfield, Trustee and a copy of the Notice of Bankruptcy has been mailed to each Creditor at the above addresses.

                              *By____/s/ Michael Reddig /s/*_____
                              Michael Reddig, Attorney for Debtor(s)